In the Matter of the Claim of JOHN J. DECICCO, Respondent, against RUBEL CORPORATION et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.

Argued September 28, 1937; decided October 12, 1937.

*William B. Davis* and *E. C. Sherwood* for appellants.
*John J. Bennett, Jr., Attorney-General* (*Roy Wiedersum* of counsel), for State Industrial Board, respondent.

*Paul J. Carr* for claimant, respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.